AUSA LANE

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DARWYN DEMOND LEWIS | ) | Case No. A·12·M·27 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 15, 2011 _____ in the county of _____ Travis _____ in the
_____ Western _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113 | by force, violence and intimidation did knowingly and unlawfully take from the person and presence of another money belonging to and in the care, custody, control, management, and possession of Comerica Bank, located at 2315 East Anderson Lane, Austin, Texas,a financial institution insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dennis R. May, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/13/2012

_____
*Judge's signature*

City and state: _____ Austin, Texas _____

ANDREW W. AUSTIN
United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Dennis R. May, being duly sworn, hereby depose and say the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since April 1992. I am currently assigned to the San Antonio Field Office, Austin Resident Agency. My duties and responsibilities include investigation of alleged violations of federal criminal laws, including bank robberies.

2. I am conducting a criminal investigation into a bank robbery occurring on November 15, 2011 at Comerica Bank, at 2315 East Anderson Lane, Austin, Texas, in the Western District of Texas.

3. The information in this affidavit is based upon my personal observations and credible information provided to me by other law enforcement officers. This affidavit does not contain all of the information concerning this investigation that is known to me or to law enforcement officers but describes only those relevant facts necessary to establish probable cause that Darwyn Demond Lewis (Lewis) committed the offense set forth in the attached Criminal Complaint attached hereto.

4. There is probable cause to believe that Lewis committed the offenses set forth in the attached Criminal Complaint based on the following facts:

   a.      On November 15, 2011, at approximately 10:45 a.m., a robbery occurred at Comerica Bank, located at 2315 East Anderson Lane, in Austin, Texas. During the course of the robbery, an unknown black male approached a bank teller at the teller counter and presented a demand note, which read, "This is a robbery." The robber then slammed his fist on the counter and shouted, "Hurry up." Upon reading the robbery

demand note and hearing the robber's verbal command, the teller took approximately

$2747.00 from her teller drawer and handed it to the robber. The robber took the money

and exited the bank.  The teller described the robber as a black male; in his mid-20's; 6' –

6'2" tall; wearing a black baseball cap, with a red design on the brim of the cap.  Images

of the robbery suspect, wearing a black baseball cap, with a red design, were captured by

Comerica's surveillance cameras and were provided to me by Comerica Bank security.

      b.      On November 17, 2011, I received information from SA John

Wetherington, assigned as the Bank Robbery Coordinator of the FBI Dallas Field Office.

SA Wetherington stated that on November 17, 2011, an unknown black male robbed a

Comerica Bank located at 3115 Forest Lane, Dallas, Texas.  Witnesses at the bank

described the robber as a black male, wearing a black baseball with a red design on the

hat. After the robbery, witnesses followed the robber and provided law enforcement the

location of the suspected robber.  Members of the Dallas Police Department and the FBI

then apprehended the suspected robber, later identified as Darwyn Demond Lewis, black

male, 6'2' tall, with a date of birth October 19, 1976.  Subsequent to arrest and being

mirandized by members of the FBI Bank Robbery Task Force, Lewis confessed to

robbing the Comerica Bank, located at 3115 Forest Lane, Dallas, Texas on November 17,

2011.

c.       Investigation conducted by FBI Dallas determined on November 16, 2011, Lewis had taken a Greyhound bus from Austin, Texas to Dallas, Texas.

d.       On November 17, 2011, SA Wetherington provided surveillance images of the November 17, 2011 Comerica suspect to me.  It is my opinion the Comerica suspect depicted in the November 17, 2011 Dallas robbery looked similar to the November 15, 2011 Austin Comerica robbery suspect, wearing a similar black baseball cap, with a red design.

e.       Investigation conducted by the FBI's Central Texas Violent Crimes Task Force (CTVCTF) determined on November 15, 2011, Lewis was residing at 7501 Compass Drive, Austin, Texas.  This residence is located approximately 8 miles from the Comerica Bank, located at 2315 East Anderson Lane, Austin, Texas.

f.       On November 18, 2011, FBI Task Force Officer (TFO) Charles Kleinert assigned to the CTVCTF, located in Austin, Texas, was contacted by Dallas FBI TFO Anthony Winn.   TFO Winn stated on November 18, 2011, Lewis confessed to robbing the Comerica Bank, located at 2315 East Anderson Lane, Austin, Texas on November 15, 2011.

5.      Based on the foregoing, there is probable cause to believe that Darwyn Demond Lewis committed the offense set forth in the attached Criminal Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct to the best of my belief.

DENNIS R. MAY
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me at Austin, Texas, on this 13th day of January, 2012

UNITED STATES MAGISTRATE JUDGE